UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TAREA PRICE, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　)<br>V. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>THE TRUSTEES OF FAYETTEVILLE )<br>TECHNICAL COMMUNITY COLLEGE, )<br>　　　　Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:16-cv-179-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that because the claims in this action duplicate the claims in the amended complaint in Price I, the court DISMISSES without prejudice this action under 28 U.S.C. § 1915.

**This Judgment Filed and Entered on October 14, 2016, and Copies To:**

Brett A. DeWitt　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
October 14, 2016　　　　　　　　　　　　(By)　/s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk